| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
| 2 | JONATHAN MCNEIL WONG, #112224 |
|   | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 3 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California  94612-3570 |
| 4 | Mail:   P.O. Box 12979 |
|   |            Oakland, California  94604-2979 |
| 5 | Telephone:    (510) 451-0544 |
|   | Facsimile:     (510) 832-1486 |
| 6 | E-mail:        jonathan@donahue.com |

7   Attorneys for Specially Appearing
    Respondent
8   JEFFREY LIEBL

9   MATTHEW KANE, #171829
    TERESA A. ASCENCIO, #217053
10  MCGUIREWOODS LLP
    Attorneys at Law
11  1800 Century Park East, 8th Floor
    Los Angeles, California 90067
12  Telephone:    (310) 315-8200
    Facsimile:     (310) 315-8210
13  E-mail:        tascencio@mcguirewoods.com

14  Attorneys for Specially Appearing
    Respondent
15  JEFFREY LIEBL

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                     SAN JOSE DIVISION

20

| | |
|---|---|
| MERCURY INTERACTIVE CORPORATION, | CASE NO.  C07-00192 JW PVT ADR |
|            Petitioner, | **STIPULATION TO AND [PROPOSED]** |
|       v. | **ORDER OF DISMISSAL** |
| JEFFREY LIEBL, | |
|            Respondent. | |

1  As the claims set forth in the pleadings filed in this cause and that otherwise may exist
2  between the parties have been amicably resolved, the parties hereby stipulate and request that the
3  action be dismissed with prejudice and with each party to bear his or its own attorneys' fees and
4  costs.

5  Dated: April 3, 2007                DONAHUE GALLAGHER WOODS LLP

7                                       By:/s/ *Jonathan McNeil Wong*
                                           Jonathan McNeil Wong
8                                          Attorneys for Specially Appearing Respondent
                                           JEFFREY LIEBL
9
10 Dated:  April 4, 2007               MORRISON & FOERSTER LLP

12                                      By _____
                                           David J. Murphy
13                                         Attorneys for Petitioner
                                           MERCURY INTERACTIVE CORPORATION

-1-

STIPULATION TO AND [PROPOSED] ORDER OF DISMISSAL         CASE No. C07-00192 JW
                                                         PVT ADR

1   As the claims set forth in the pleadings filed in this cause and that otherwise may exist
2   between the parties have been amicably resolved, the parties hereby stipulate and request that the
3   action be dismissed with prejudice and with each party to bear his or its own attorneys' fees and
4   costs.

5   Dated: April 3, 2007                    DONAHUE GALLAGHER WOODS LLP

7                                           By:/s/ Jonathan McNeil Wong
                                               Jonathan McNeil Wong
8                                              Attorneys for Specially Appearing Respondent
                                               JEFFREY LIEBL
9

10  Dated: April 4, 2007                   MORRISON & FOERSTER LLP

12                                          By:/s/ David J. Murphy
                                               David J. Murphy
13                                             Attorneys for Petitioner
                                               MERCURY INTERACTIVE CORPORATION

-1-

STIPULATION TO AND [PROPOSED] ORDER OF DISMISSAL          CASE NO. C07-00192 JW
                                                                 PVT ADR

**ORDER**

1
2
3   IT IS SO ORDERED.
4   Dated:   4/6/2007                               _____
5                                                   United States District Judge
...